**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

NORMAN W. ADAMS,
ADC #136063                                                                                              PLAINTIFF

v.                                              4:16CV00852-JM-JTK

STOKES, et al.                                                                                        DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 24th day of January, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE